FILED

09/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0328

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0328

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

JUAN ANASTASIO RODRIGUEZ,

     Defendant and Appellant.

ORDER

_____

     Appellant, through counsel, has filed a motion for extension of time within which to file his reply brief.  Good cause appearing,

     IT IS HEREBY ORDERED that motion is GRANTED.  Appellant's reply brief shall be filed on or before October 9, 2020.

     No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 9 2020